**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN D. SUTTON, | |
| *Petitioner,* | 3:04-cv-00498-HDM |
| vs. | |
| | ORDER |
| CRAIG FARWELL, *et al.,* | |
| *Respondents*. | |

Respondents' motion for an extension of time (ECF No. 62) is GRANTED, and the time for respondents to respond to petitioner's motion for relief from judgment (ECF No. 61) is extended up to and including February 7, 2019.

DATED: January 25, 2019

_____
HOWARD D. MCKIBBEN
United States District Judge